**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7726**

HENRY W. MARTIN, JR.,

Plaintiff – Appellant,

v.

CPT MYECHA MILEY,

Defendant – Appellee,

and

WILLIAM R. BYARS; JOHN R. PATE; ARTHUR A. JORDAN; MCKENNDLY
NEWTON; ROBERT E. WARD; JON OZMINT; DENNIS PATTERSON;
DANIEL MURPHY; DAVID M. TATARSKY; LT J. CARUJO; LT J.
CARTER; ROBERT ORR; LT JAMES RUMP; CAPTAIN E. J. MILLER;
DR. THOMAS BYNSE; LT VARLEASE BLACK; CPL L. JENKINS; M.
HUDSON; S. SINGLATON, DHO; CPL T. SIMPSON; MR. MCQUEEN; P.
SMITH; A. HOLLMAN; HELEN FREEMAN; THOMAS SCOTT; CPT E.
JAMES; TANYA A. GEE; V. CLAIRE ALLEN; JOHN C. FEW; WAYNE C.
MCCABE; JILL BEATTIE; JEANNETTE MACK; FRANCINE BAUCHMAN;
PATTY BRITT POSEY; JAMES S. SLIGH, JR.; DR. ROWLAND;
GREGORY S. LINE; CHARLOTTE SMITH; ELLEN GOODWIN; RUSSELL
RUSH; JIM CROSBY; SUSAN BARDEN; VIRGINIA CROCKER; PAM
SMITH; LAKETA DIKA; DEBORAH B. DURDEN,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Timothy M. Cain, District Judge.
(6:13-cv-03516-TMC)

Submitted:  January 14, 2016          Decided:  January 20, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Henry W. Martin, Jr., Appellant Pro Se. Michael D. Freeman, Sr., GRIFFITH, SHARP & LIIPFERT, LLC, Beaufort, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry W. Martin, Jr., appeals the district court's order denying his motion for reconsideration of the court's previous order denying relief on Martin's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. Miley, No. 6:13-cv-03516-TMC (D.S.C. Oct. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED